AO 88B  (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| In Re DMCA Section 512(h) Subpoena to Discord | ) |
| *Plaintiff* | ) |
| v. | )      Civil Action No. |
| | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        Discord, 444 De Haro Street, Suite 200, San Francisco, California 94107

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: Sul Lee Law Firm, PLLC | Date and Time: |
|---|---|
| 3030 Lyndon B Johnson Fwy, Suite 220 Dallas, Texas 75234 | 8, 30, 2022 , 12 PM |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:        08/05/2022

*CLERK OF COURT*

OR _____

     *Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Sul Lee Law Firm 3030 LBJ Fwy, Suite 220, Dallas, Texas 75234; (Tel)214.239.2823    , who issues or requests this subpoena, are:

Diren Singhe; dsinghe@sulleelaw.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT A**
**REQUEST FOR PRODUCTION**

1. Produce all information sufficient to identify of the operator and/or owner (the "Infringers") of each of the servers, who uploaded, hosted, and/or contracted with other providers to host the infringing content identified in Exhibit A to the notices dated May 31, 2022, by Sul Lee Law Firm, PLLC, on behalf of Nexon Korea Corporation ("Nexon"), requesting takedown of infringing Maple Story and Sudden Attack material (the "Copyrighted Material") attached to this subpoena, from any and all sources, including but not limited to billing or administrative records that prove the following information used by each of the Infringers, along with a time-stamp, from the time of user registration and to date: name(s), last known address(es), last known telephone number(s), any and all email address(es), account number(s), and billing information (including, but not limited to, names, telephone number(s), and mailing and billing address(es) of each of all of the payment methods (including, but not limited to, credit cards, bank accounts, and any online payment systems)); hosting provider(s); server(s); any other contact information; and any and all logs of IP address(es).

STATE OF TEXAS         §
                            §
COUNTY OF DALLAS   §

## DECLARATION OF DIREN W. SINGHE

I, Diren Singhe, declare and testify as follows:

    1.      I am an attorney at law, duly licensed to practice in the State of Texas since 2004, SBOT No. 24044135. I am over the age of majority and under no legal impediment to state the following facts, all of which are true and correct and within my personal knowledge:

    2.      I and my law firm have been engaged to represent Nexon Korea Corporation, a Korean corporation, in connection with this matter. By operation of such engagement and my admission to the State Bar of Texas, I am authorized and qualified to make this declaration for and on Nexon Korea Corporation's behalf, and I make this declaration for that reason.

    3.      Nexon Korea Corporation seeks the issuance of subpoena from this Court pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identify the persons infringing its copyrighted works. Such dentification is sought so that Nexon Korea Corporation, the rightful copyright holder, can seek legal redress against such infringers. Such personally identifying information will only be used for the purpose of protecting Nexon Korea Corporation's rights under the Copyright Act, 17 U.S.C. § 101, *et. seq.*

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 5, 2022

                                      Diren W. Singhe



**SUL LEE LAW FIRM, PLLC**
3030 Lyndon B Johnson Fwy
Ste 220, Dallas TX 75234
Tel 214-206-4064
Fax 214-206-4068
Website www.sulleelaw.com

June 23, 2022

Discord                                   **VIA Email: copyright@discord.com**
**ATTN: DMCA Takedown Request**
444 De Haro Street
Suite 200
San Francisco, California 94107

**RE:** *Notice of Copyright Infringement; DMCA Takedown Notice*

Dear Copyright Agent,

The undersigned firm represents Nexon Korea Corporation ("**Nexon**" or the "**Copyright Owner**"), the developer of Sudden Attack, a free-to-play multiplayer shooter online game. We hereby provide notice of copyright infringement pursuant to the terms of the Digital Millennium Copyright Act (the "**DMCA**") and Discord's Copyright and IP Policy.

Nexon is the owner of the copyrights in the following work(s) (the "**Work**"):

1. Sudden Attack

It has come to the Copyright Owner's attention that your service located at the URLs as listed in Exhibit 1(the "**Service**") provides access to materials that infringe Copyright Owner's copyright in the Work. Exhibit 1, as attached hereto, provides a list of the products alleging copyright infringement and the URLs at which the infringing material is accessible on the Service.

The use of the Work in any manner described in this letter is **not authorized** by the Copyright Owner, any agent of the Owner, or any applicable law. As the duly authorized attorneys for the Copyright Owner, we have a good faith basis to believe that all information contained in this notification is accurate.

This letter shall serve as a request that you remove or disable access to the infringing materials as set forth in Section 512(c)(1)(C) and Section 512(d)(3) of the Act and pursuant to your Copyright and IP Policy. Please be advised that if you fail to remove the infringing material, **you could be contributorily liable** for continuing to supply your services to one whom you know, or have reason to know, is engaging in copyright infringement. *See Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Sony Corp. v. Universal City Studios, Inc.*, 464 U.S. 417 (1984).

Please contact the undersigned no later than **four days from the date of this letter** to confirm that the infringing materials have been removed or access disabled. The undersigned may be contacted at the mailing address, telephone number, and email address set forth as follows:

Name: Sul Lee Law Firm PLLC
Address: 3030 LBJ Fwy Ste. 220, Dallas, Texas 75234
Telephone: (214) 206-4064
Email: dwilliams@sulleelaw.com

Sincerely,
**AGENT FOR NEXON KOREA CORPORATION**
**Sul Lee Law Firm PLLC**

*/s/ Dominique Williams*
Dominique Williams
Associate Attorney

**Exhibit 1**

1. Server Name – Bravura FPS(https://bravurafps.com/)
2. Server ID – 812432327300874250
3. GM Account ID - 281103515399749632, 437373416899739678, 293798382877540352
4. Invite Code for Private Server - https://discord.com/invite/YxSxydxw7N
5. Donation – n/a
6. Infringing material
  a. URLs
    i.
      https://discord.com/channels/812432327300874250/863121236041007104/96210
      0551477248092
  b. Description
    i. It provides the download links of illegally hacked 'Sudden Attack'
  c. Screenshot





**SUL LEE LAW FIRM, PLLC**
3030 Lyndon B Johnson Fwy
Ste 220, Dallas TX 75234
Tel 214–206–4064
Fax 214–206–4068
Website www.sulleelaw.com

June 23, 2022

Discord                                      **VIA Email: copyright@discord.com**
**ATTN: DMCA Takedown Request**
444 De Haro Street
Suite 200
San Francisco, California 94107

**RE:** *Notice of Copyright Infringement; DMCA Takedown Notice*

Dear Copyright Agent,

Our firm represents Nexon Korea Corporation ("**Nexon**" or the "**Copyright Owner**"), the developer of Maple Story. We hereby provide notice of copyright infringement pursuant to the terms of the Digital Millennium Copyright Act (the "**DMCA**") and Discord's Copyright and IP Policy.

Nexon is the owner of the copyrights in the following work(s) (the "**Work**"):

1. Maple Story

A copy of the registration is attached hereto as Exhibit A.

It has come to the Copyright Owner's attention that your service located at the URLs as listed in Exhibits 1-20 (the "**Service**") provides access to materials that infringe Copyright Owner's copyright in the Work. Exhibits 1-20, as attached hereto, provides a list of the products alleging copyright infringement and the URLs at which the infringing material is accessible on the Service.

The use of the Work in any manner described in this letter is **not authorized** by the Copyright Owner, any agent of the Owner, or any applicable law. As the duly authorized attorneys for the Copyright Owner, we have a good faith basis to believe that all information contained in this notification is accurate.

This letter shall serve as a request that you remove or disable access to the infringing materials as set forth in Section 512(c)(1)(C) and Section 512(d)(3) of the Act and pursuant to your Copyright and IP Policy. Please be advised that if you fail to remove the infringing material, **you could be contributorily liable** for continuing to supply your services to one whom you know, or have reason to know, is engaging in copyright infringement. *See Metro-Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd.*, 545 U.S. 913 (2005); *Sony Corp. v. Universal City Studios, Inc.*, 464 U.S. 417 (1984).

Please contact the undersigned no later than **four days from the date of this letter** to confirm that the infringing materials have been removed or access disabled. The undersigned may be contacted at the mailing address, telephone number, and email address set forth as follows:

Name: Sul Lee Law Firm PLLC
Address: 3030 LBJ Fwy Ste. 220, Dallas, Texas 75234
Telephone: (214) 206-4064
Email: dwilliams@sulleelaw.com

Sincerely,
**AGENT FOR NEXON KOREA CORPORATION**
**Sul Lee Law Firm PLLC**

*/s/ Dominique Williams*
Dominique Williams
Associate Attorney

**Exhibit 1**

1. Server Name – 라스트
2. Server ID - 948138216186347520
3. GM Account ID – 888088203310018631
4. Invite Code for Private Server - https://discord.com/invite/wgwrkGaHvG
5. Donation
   a. URLs
      i. https://discord.com/channels/948138216186347520/949258969686343690/949266938352250900
   b. Description
      i. 판매중인 아이템 게시 및 구매 방법 안내(Instructions on how to post and purchase items for sale)
   c. Screenshot



6. Infringing material
   a. URLs
      i. https://discord.com/channels/948138216186347520/948533814844608512/952112881707663390
   b. Description
      i. It provides the files and the download links of illegally hacked 'MapleStory'
   c. Screenshot



**Exhibit 2**

1. Server Name – 뭉뭉
2. Server ID - 969171078226247681
3. GM Account ID – 712654825883435030
4. Invite Code for Private Server - https://discord.com/invite/MUMTvwVxwj
5. Donation
   a. URLs
      i. https://discord.com/channels/969171078226247681/969174256158138388/971322321317011507
   b. Description
      i. 판매중인 아이템 게시 (Posting items for sale)
   c. Screenshot



6. Infringing material
  a. URLs
    i. https://discord.com/channels/969171078226247681/969192396707487754/975869762666106920
  b. Description
    i. It provides the files and the download links of illegally hacked 'MapleStory'
  c. Screenshot



**Exhibit 3**

1. Server Name – 메모리아
2. Server ID - 955686382813184020
GM Account ID – 955501347246051358
3. Invite Code for Private Server - https://discord.com/invite/uY2Cr2ygsc
4. Donation – n/a
6. Infringing material
  a. URLs
    i. https://discord.com/channels/955686382813184020/955706834503749674/973624756161118248
  b. Description
    i. It provides the files and the download links of illegally hacked 'MapleStory'
  c. Screenshot



**Exhibit 4**

1. Server Name – 벨로스
2. Server ID - 950275019513135134
3. GM Account ID – 950274352115511337
4. Invite Code for Private Server - https://discord.com/invite/HVP47CN47K
5. Donation
    a. URLs
        i. https://discord.com/channels/950275019513135134/958025703394246676/972827663225991228
    b. Description
        i. It provides the telegram link for offering the game's items for sale in the name of donation.
    c. Screenshot



6. Infringing material
   a. URLs
      i. https://discord.com/channels/950275019513135134/956763123539382272/973509653524791306
   b. Description
      i. It provides the files and the download links of illegally hacked 'MapleStory'
   c. Screenshot



**Exhibit 5**

1. Server Name – 블라썸
2. Server ID - 956532305986465802
3. GM Account ID – 946365602644230144, 723311755056644199
4. Invite Code for Private Server - https://discord.com/invite/dFFHn8NUKs
5. Donation
   a. URLs
      i. https://discord.com/channels/956532305986465802/956556843314987018/965767771554193438
   b. Description
      i. 판매중인 아이템 게시(Posting items for sale)
   c. Screenshot



6. Infringing material
   a. URLs
      i. https://discord.com/channels/956532305986465802/956555673875922964/969296886689329213
   b. Description
      i. It provides the files and the download links of illegally hacked 'MapleStory'
   c. Screenshot



**Exhibit 6**

1. Server Name – 빅토리아
2. Server ID - 916852889115303987
   GM Account ID – 828636903091601459
3. Invite Code for Private Server - https://discord.com/invite/9CUrMf473S
4. Donation – n/a
5. Infringing material
   a. URLs
      i. https://discord.com/channels/916852889115303987/918962005635891220/976432103501758514
   b. Description
      i. It provides the files and the download links of illegally hacked 'MapleStory'
   c. Screenshot



**Exhibit 7**

1. Server Name – 샤인
2. Server ID - 968498879605669898
3. GM Account ID - 754437063050264628
4. Invite Code for Private Server - https://discord.com/invite/g559GVMD
5. Donation – n/a
6. Infringing material
    a. URLs
        i. https://discord.com/channels/968498879605669898/970260680961830994/975791190517645362
    b. Description
        i. It provides the files and the download links of illegally hacked 'MapleStory'
    c. Screenshot



**Exhibit 8**

1. Server Name – 순정
2. Server ID - 966168823021592608
3. GM Account ID – 290342996942127104
4. Invite Code for Private Server - https://discord.com/invite/b3FvpAZxJa
5. Donation – n/a
6. Infringing material
   a. URLs
      i. https://discord.com/channels/966168823021592608/966169987561717792/972531975023894529
   b. Description
      i. It provides the files and the download links of illegally hacked 'MapleStory'
   c. Screenshot



**Exhibit 9**

1. Server Name – 스위트문
2. Server ID - 958296282911346708
3. GM Account ID – 957519274983972865
4. Invite Code for Private Server - https://discord.com/invite/mMDHGg4VUg
5. Donation – n/a
6. Infringing material
    a. URLs
        i. https://discord.com/channels/958296282911346708/960097190351626240/970229135999893504
    b. Description
        i. It provides the files and the download links of illegally hacked 'MapleStory'
    c. Screenshot



**Exhibit 10**

1. Server Name – 식물 키우기
2. Server ID - 928264107046608986
3. GM Account ID – 604147637339291668
4. Invite Code for Private Server - https://discord.com/invite/9fAxYX4mAs
5. Donation
   a. URLs
      i. https://discord.com/channels/928264107046608986/966283521633185803/966284529180495872
   b. Description
      i. 판매중인 아이템 게시 및 구매 방법 안내 (Instructions on how to post and purchase items for sale)
   c. Screenshot



6. Infringing material
   a. URLs
      i. https://discord.com/channels/928264107046608986/936642845081739294/970279560379768842
   b. Description
      i. It provides the files and the download links of illegally hacked 'MapleStory'
   c. Screenshot



**Exhibit 11**

1. Server Name – 아이리스
2. Server ID - 971955613582110851
3. GM Account ID – 760114811488698368
4. Invite Code for Private Server - https://discord.gg/yyDqeX2zXT
5. Donation – n/a
6. Infringing material
   a. URLs
      i. https://discord.com/channels/971955613582110851/971966898394779700/971991727533608980
   b. Description
      i. It provides the files and the download links of illegally hacked 'MapleStory'
   c. Screenshot



**Exhibit 12**

1. Server Name – 에르넬
2. Server ID - 970316398435893388
3. GM Account ID – 970289340045459478
4. Invite Code for Private Server - https://discord.com/invite/bAdgjZsjZx
5. Donation
   a. URLs
      i. https://discord.com/channels/970316398435893388/974618776039464991/975066902948905061
   b. Description
      i. 판매중인 아이템 게시 및 구매 방법 안내 (Instructions on how to post and purchase items for sale)
   c. Screenshot



6. Infringing material
    a. URLs
        i. https://discord.com/channels/970316398435893388/970333391713075271/974811177517449216
    b. Description
        i. It provides the files and the download links of illegally hacked 'MapleStory'
    c. Screenshot



**Exhibit 13**

1. Server Name – 윙하트
2. Server ID - 952888048293662730
3. GM Account ID – 921909269438271548, 380357126213730316, 967519726769147974
4. Invite Code for Private Server - https://discord.com/invite/QQf5Ba3VQD
5. Donation
   a. URLs
      i. https://discord.com/channels/952888048293662730/954033551643390002/959159585384583170
   b. Description
      i. 판매중인 아이템 게시(Posting items for sale)
   c. Screenshot



6. Infringing material
   a. URLs
      i. https://discord.com/channels/952888048293662730/952965572432363520/970995212652535848
   b. Description
      i. It provides the files and the download links of illegally hacked 'MapleStory'
   c. Screenshot



**Exhibit 14**

1. Server Name – 참새월드
2. Server ID - 968382942084734997
3. GM Account ID – 958135794227376158
4. Invite Code for Private Server - https://discord.com/invite/XGzyC7G9
5. Donation
    a. URLs
        i. https://discord.com/channels/968382942084734997/968382942936190986/970686895929589790
    b. Description
        i. 후원 방법 안내 (How to sponsor)
    c. Screenshot



6. Infringing material
    a. URLs
        i. https://discord.com/channels/968382942084734997/968382942755819566/975426648973410364
    b. Description
        i. It provides the files and the download links of illegally hacked 'MapleStory'
    c. Screenshot



**Exhibit 15**

1. Server Name – 체리월드
2. Server ID - 943730778527903784
3. GM Account ID – 500328546971942912
4. Invite Code for Private Server - https://discord.com/invite/nhMdQNRnJH
5. Donation
   a. URLs
      i. https://discord.com/channels/943730778527903784/943738197190537286/975334897906499674
   b. Description
      i. 판매중인 아이템 게시(Posting items for sale)
   c. Screenshot



6. Infringing material
    a. URLs
        i. https://discord.com/channels/943730778527903784/943731169390919690/974261815519346718
    b. Description
        i. It provides the files and the download links of illegally hacked 'MapleStory'
    c. Screenshot



**Exhibit 16**

1. Server Name – 카인
2. Server ID - 824866577723293746
3. GM Account ID – 447789123592257546
4. Invite Code for Private Server - https://discord.com/invite/WjzS3E7G74
5. Donation – n/a
6. Infringing material
    a. URLs
        i. https://discord.com/channels/824866577723293746/963032245646549012/972518230990127154
    b. Description
        i. It provides the files and the download links of illegally hacked 'MapleStory'
    c. Screenshot



**Exhibit 17**

1. Server Name – 해피니즈
2. Server ID – 964450008986447922
3. GM Account ID – 953656438645997588
4. Invite Code for Private Server - https://discord.com/invite/2pttqaRbBH
5. Donation
   a. URLs
      i. https://discord.com/channels/964450008986447922/964451082979909662/966932156557426778
   b. Description
      i. 후원 방법 안내(How to sponsor)
   c. Screenshot



6. Infringing material
    a. URLs
        i. https://discord.com/channels/964450008986447922/964450272124469248/966988958577881130
    b. Description
        i. It provides the files and the download links of illegally hacked 'MapleStory'
    c. Screenshot



**Exhibit 18**

1. Server Name – 헤라
2. Server ID - 965263889707200513
3. GM Account ID – 965266623818792972, 925281481562157067
4. Invite Code for Private Server - https://discord.com/invite/hytq3c62k4
5. Donation – n/a
6. Infringing material
   a. URLs
     i. https://discord.com/channels/965263889707200513/965265796672663622/976651105415073922
   b. Description
     i. It provides the files and the download links of illegally hacked 'MapleStory'
   c. Screenshot



**Exhibit 19**

1. Server Name – MG2
2. Server ID - 761744581456822283
3. GM Account ID – 248777759382306816, 794433164964528149, 344947037705469955, 777407148862472202, 225536719137669120, 593120458854105130, 743628535519772824
4. Invite Code for Private Server - https://discord.com/invite/RpYDDbu8eu
5. Donation – n/a
6. Infringing material
    a. URLs
        i. https://discord.com/channels/761744581456822283/942354769173938237/942355181323034644
    b. Description
        i. It provides the files and the download links of illegally hacked 'MapleStory'
    c. Screenshot



**Exhibit 20**

1. Server Name – 프리웨어
2. Server ID – 904378504731316245
3. GM Account ID – 939123778850529310, 215561698508144650
4. Invite Code - https://discord.gg/m5rqC9HXjv
5. Donation – n/a
6. Infringing material
   a. URLs
      i. https://discord.com/channels/904378504731316245/951314373798948864/974871223685226526
      ii. https://discord.com/channels/904378504731316245/974146009456328754/974257519448973312
   b. Description
      i. 해당 채널에서 해킹된 메이플스토리 클라이언트 파일을 공유토록 하고 있으며, 스크린샷은 현재 공유되고 있는 메이플스토리 클라이언트 파일(The channel allows sharing of the hacked MapleStory client file, and the screenshot is the currently shared MapleStory client file)
      ii. 해당 채널에서 메이플스토리 사설서버 구축을 대행하고 비용을 받는 이들이 홍보글을 게시하고 있음, 스크린샷은 현재 게시된 사설서버 개발자의 홍보글 (Those who take charge of building a MapleStory private server on the channel, the screenshot is of the currently posted promotional articles)
   c. Screenshot





C  🔒 discord.com/channels/904378504731316245/974146009456328754

⚙ 프리웨어                          ⌄

☑ 📢 · 공지사항
# 🔭 · 디코주소
# ▶ · 관리자방
# ☑ · 서버입장              ①
# 🍎 · 티켓문의
# 📅 · 건의사항
# 📷 · 제재내역
# 👤 · 경고누적

# 💬 · 자유채팅
# 🎮 · 콜로세움
# 🎁 · 도배채팅              ④
# 🏵 · 무료공유
# 🔳 · 개발자방
# 🔍 · 박제채널              ②
# 🖼 · 노래신청              ①
🔊 🎴 · 음성채팅

# 🔺 · 구직해요

2022년 5월 12일 오후 12:24 이후로 읽지 않은 메시지가 21개 이상 있어요

lake  lake  2022.05.12.

디자인 합니다

ui, 홍보지, 썸네일, 트레이드, 최신캐시 포함 리터칭, 헤어 등
(맵, 훈장, 웹 제외)

[DM 주세요]

FLONEX_MAPLE  2022.05.12.
1125T(고버전)
라라출시/64비트

 1.2.138(구버전)
레전드패치
(캐논슈터,메르세데스,데몬슬레이어 출시)

1.2.127(구버전)

클라이언트/서버팩/소스/스크립트
판매합니다. (138은 스트레딧 포함)
로컬호스트는 판매하지 않습니다.

로컬호스트 문의는 @PIS 님께 하시면 됩니다.

자세한사항은 DM주시면 안내도와드리겠습니다.